UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.                                                     Case No. 08-mc-42-JD

<u>Kevin M. Keefe</u>

## O R D E R

    I herewith approve the Report and Recommendation of Magistrate Judge James R. Muirhead dated August 20, 2008, no objection having been filed.

    The taxpayer, Kevin M. Keefe, is ordered to obey the summons and is ordered to appear on October 6, 2008 at 10:00 a.m. at Suite 350, 410 Amherst Street, Nashua, New Hampshire, before Diane M. Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of January 8, 2008.

    It is further ordered that the government be awarded its costs.

    SO ORDERED.

September 9, 2008                    /s/Joseph A. DiClerico, Jr.
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

cc:   T. David Plourde, AUSA
       Kevin M. Keefe, pro se